IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. AP-76,050





KENNITH W. LORENTZ, Appellant



v.



THE STATE OF TEXAS





ON DIRECT APPEAL FROM THE DENIAL OF A MOTION TO RECUSE 


FILED IN CAUSE NO. CR-24878-A IN THE 159TH DISTRICT COURT


ANGELINA COUNTY





 Per Curiam.


O P I N I O N



 This is a direct appeal of the denial of a motion to recuse filed in the 159th District 
Court of Angelina County, Cause No. CR-24878-A, styled Ex parte Kennith W. Lorentz. 

Appellant asserts that Judge Paul E. White should have been recused or disqualified from
presiding over his habeas case because the judge had a bias against the first claim raised
in the habeas application in which appellant alleged that Judge White appointed his trial
counsel in violation of a statute and local rule.

 After reviewing the habeas application and the record of the proceedings, we have
determined that this appeal is not properly before us. It is, therefore, dismissed. 


Do not publish

Delivered: December 16, 2009